# Third District Court of Appeal

## State of Florida

Opinion filed June 4, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D26-0443
Lower Tribunal No. F19-16852B

————————————

**Antonio Garcia,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro Areces, Judge.

Antonio Garcia, in proper person.

James Uthmeier, Attorney General, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.